UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**MICHAEL MADISON HOLLOWAY**  CASE NO. **07-03450-BKC-3F7**

Debtor.

_____

**CERTIFICATE OF SERVICE OF
NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

I certify that on December 11, 2009, I mailed a copy of Notice of Trustee's Final Report and Applications for Compensation and Deadline to object to all creditors and interested parties as listed on the attached matrix.

*/s/ Amy Gibson*
**Amy Gibson**
**Law Office of Gregory K. Crews**
**8584 Arlington Expressway**
**Jacksonville, Florida 32211**
**(904) 354-1750**

Label Matrix for local noticing
113A-3
Case 3:07-bk-03450-JAF
Middle District of Florida
Jacksonville
Thu Dec 10 15:06:27 EST 2009

AMS
190 Sylvan Avenue
Englewood Cliffs, NJ 07632-2533

Academy Collection Servi
PO Box 21089
Philadelphia, PA
19114-0589

Albert H. Mickler
5452 Arlington Expy
Jacksonville, FL 32211-6800

American Arbitration
Association
6795 North Palm Ave.
2nd Floor
Fresno, CA 93704-1088

Aspen Publishers c/o MCS
PO Box 1130
Mechanicsburg, PA 17055-1130

Astro Magazines
14523 S.E. 1st Ave Rd
Summerfield, FL 34491-3801

BMW Bank of N.A.
PO Box 78066
Phoenix, AZ 85062-8066

Bank of America
PO Box 15726
Wilmington, DE 19850-5726

Bariatrix Nutrition Corp
PO Box 65069
Burlington, VT 05406-5069

ABC/Amega Inc.
1100 Main Street
Buffalo, NY 14209-2308

Academy Collection
Service, Inc.
PO Box 21089
Philadelphia, PA
19114-0589

Active Organix Labs
1097 Yates Street
Lewisville, TX 75057-4829

All Weather Heating & Co
710 NE 17th Place
Ocala, FL 34470-3603

American Express
PO Box 360001
Fort Lauderdale, FL
33336-0002

Aspen Publishers, Inc.
4829 Innovation Way
Chicago, IL 60682-0001

Atmos Energy
PO Box 9001949
Louisville, KY
40290-1949

Banc of America Leasing
PO Box 371992
Pittsburgh, PA 15250-7992

Bankers Healthcare Group
325 James Street
Syracuse, NY 13203-1965

BellSouth
PO Box 70529
Charlotte, NC 28272-0529

AIP Solutions
6700 N. Oracle Road
Suite 413
Tucson, AZ 85704-7734

Academy Collection
Services, Inc.
10965 Decatur Rd
Lewisville, TX 75057

Advance Business Concept
128 South 3rd Street
Paducah, KY 42001-0786

Allergen Sales LLC
12975 Collections Center
Chicago, IL 60693-0129

American Express
PO Box 360002
Ft Lauderdale, FL
33336-0002

Associates/Citibank SD N
PO Box 6003
Hagerstown, MD 21747-6003

B&D Luxury Laundry Inc
14900 NW Hwy 464B
Morriston, FL 32668-7805

Bank of America
PO Box 15102
Wilmington, DE 19850-5102

Bariatrix Nutrition Corp
40 Allen Rd
Burlington, VT 05403-7801

Betsy Holloway
1616 Lake Shore Dr
Orlando, FL 32803-1307

Black Oak Marketing
13014 N Dale Mabry Hwy
#607
Tampa, FL 33618-2808

Jacob A Brown
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202-3646

Bruce & Sandra Rosendahl
c/o Michael F. Millerick
304 Hawthorne Street
San Diego, CA 92101-2010

Brushstrokes Signs
1500 South 3rd
Paducah, KY 42003-1564

Jason B. Burnett
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202-3611

CIA Security
309 Pugh Rd
Paducah, KY 42003-0929

Calvin Scott & Co., Inc.
209 Eubank Blvd NE
Albuquerque, NM
87123-2745

Cardinal Health
PO Box 905867
Charlotte, NC 28290-5867

Carl and Joan Bowling
8480 NW 130th Street
Reddick, FL 32686-4524

Central Florida Air Main
1682 Hangar Road
Sanford, FL 32773-6825

Brian Neighbors
117 Waldrop Drive
Mayfield, KY 42066-4753

Xenia Brown
17 Pecan Run Radial
Ocala, FL 34472-6027

Bruce A. Rosehdahl

Ronde Buckman
c/o J. Ellsworth Summers, Jr.
Rogers Towers, P.A.
1301 Riverplace Boulevard
Suite 1500
Jacksonville, FL 32207-1811

CACi
PO Box 270480
St. Louis, MO 63127-0480

CMS of Holland
PO Box 819
Holland, OH 43528-0819

Campaign Graphics Corpor
PO Box 4859
Ocala, FL 34478-4859

Care/GEMB
P.O. Box 981284
El Paso, TX 79998-1284

Carol J. Long
1749 S.E. 59th St.
Ocala, FL 34480-6687

Central Florida Swimming
506 S. Magnolia Ave
Ocala, FL 34471-0973

Bristol Broadcasting Co
PO Box 2397
Paducah, KY 42002-2397

Bruce & Sandra Rosendahl
3388 Wentworth Way
Jamul, CA 91935-1500

Bruce A. Rosendahl and Sandra K. Rosendahl
c/o Betsy C. Cox, Atty.
Rogers Towers, P.A.
1301 Riverplace Blvd., Suite 1500
Jacksonville, FL 32207-1811

Robert J Buonauro
390 North Orange Ave, Suite 1630
Orlando, FL 32801-1642

CANDERM
5353 Thimens Blvd
St. Laurent, QC
Canada
HR4 2H4

Caine & Weiner
21210 Erwin Street
PO Box 5010
Woodland Hills, CA
91365-5010

Capital Recovery One
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Carl Bowling
8480 NW 130th St
Reddick, FL 32686-4524

Carol J. Long
c/o E. Robert Meek, Esq.
One Independent Drive
Suite 1300
Jacksonville, FL 32202-5017

Charles Vachon Construct
3423 E Silver Springs
Suite 5
Ocala, FL 34470-6464

| | | |
|---|---|---|
| Chase Bank USA<br>c/o Weinstein & Riley, P.S.,<br>PO Box 3978<br>Seattle, WA 98124-3978 | Chase Card Services<br>PO Box 15153<br>Wilmington, DE<br>19886-5153 | Chase Circuit City<br>PO Box 100019<br>Kennesaw, GA 30156-9205 |
| Chris Healy<br>c/o Glen Miller Realty<br>3960 W. Silver Springs<br>Ocala, FL 34482-4051 | Citi Cards<br>P. O. Box 6500<br>Sioux Falls, SD 57117-6500 | Citi Cards<br>PO Box 183019<br>Columbus, OH<br>43218-3019 |
| Citi Cards<br>PO Box 6415<br>The Lakes, NV 88901-6415 | City of Ocala Business T<br>PO Box 1270<br>Ocala, FL 34478-1270 | City of Paducah<br>PO Box 2697<br>Paducah, KY 42002-2697 |
| Sid Clevinger<br>c/o J. Ellsworth Summers, Jr.<br>Rogers Towers, P.A.<br>1301 Riverplace Boulevard<br>Suite 1500<br>Jacksonville, FL 32207-1811 | Comcast Cable<br>PO Box 105184<br>Atlanta, GA 30348-5184 | Commerce Bank & Trust Company<br>386 Main Street<br>PO Box 15020<br>Worcester, MA 01615-0020 |
| Commercial Magazine<br>Service of Holland, Inc.<br>PO Box 819<br>Holland, OH 43528-0819 | Commodore Medical Servic<br>1941 Cement Plant Road<br>Nashville, TN 37208-1733 | Comp Options Insurance<br>Company, Inc.<br>PO Box 862782<br>Orlando, FL 32886-2782 |
| Constance Sperr<br>1855 S.W. 87th Place<br>Ocala, FL 34476-6710 | Constance Sperr<br>c/o Chester J. Trow, Esq<br>1 NE 1st Ave<br>Suite 303<br>Ocala, FL 34470-6632 | Cooper Ridge &<br>Lantinberg, P.A.<br>Attn. R. Lantinberg<br>136 East Bay St #301<br>Jacksonville, FL 32202-5409 |
| Betsy C Cox<br>Rogers Towers<br>1301 Riverplace Boulevard<br>Suite 1500<br>Jacksonville, FL 32207-1811 | Cox Communications<br>PO Box 9001077<br>Louisville, KY<br>40290-1077 | Cox Media North Central<br>180 North Palafox St<br>Pensacola, FL 32502-4839 |
| Credit Bureau Systems,<br>Inc.<br>PO Box 9200<br>Paducah, KY<br>42002-9200 | Credit Bureau Systems, I<br>PO Box 9200<br>Paducah, KY 42002-9200 | Creditsource LLC<br>440 Benmar Dr<br>Houston, TX 77060-3165 |
| Creditsource LLC<br>4417 Transcontinental Dr<br>Metairie, LA 70006-2131 | Gregory K. Crews<br>8584 Arlington Expressway<br>Jacksonville, FL 32211-8003 | Dana Brown<br>17 Pecan Run Radial<br>Ocala, FL 34472-6027 |
| Data Publishing<br>PO Box 5986<br>Hilton Head, SC<br>29938-5986 | Davis Graham & Stubbs LL<br>1550 Seventeenth Street<br>Suite 500<br>Denver, CO 80202-1500 | Davis Graham & Stubbs LLP<br>1550 Seventeenth Street<br>Suite 500<br>Denver, CO 80202-1500<br>Attn: Duane Stutzman |

| | | |
|---|---|---|
| De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School<br>Wayne, PA 19087-1453 | De Lage Landen Financial Services, Inc.<br>c/o Robert A. Solove<br>12002 SW 128th Ct #201<br>Miami, FL 33186-4643 | Dell Financial Services<br>PO Box 5292<br>Carol Stream, IL<br>60197-5292 |
| Deltacom<br>PO Box 740597<br>Altanta, GA 30374-0597 | Deltacom<br>PO Box 740597<br>Atlanta, GA 30374-0597 | Deltacom c/o CMI Credit Mediators, Inc.<br>PO Box 456<br>Upper Darby, PA 19082-0456 |
| Denton & Keuler, LLP<br>555 Jefferson Street<br>PO Box 929<br>Paducah, KY 42002-0929 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Devcon Security<br>PO Box 538675<br>Atlanta, GA 30353-8675 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Document Technologies of<br>124 S. Magnolia Avenue<br>Ocala, FL 34471-1154 | Donna L. Hiltebeitel<br>326 Oakwood Cir<br>Englewood, FL 34223-2010 |
| Dora Monge<br>15 Northern Dancer Road<br>Ocala, FL 34482-3551 | Dora Monge<br>8250 NW 136th Ave Rd<br>Ocala, FL 34482-1743 | Dr's West & Mayo<br>PO Box 9150<br>Paducah, KY 42002-9150 |
| Dr. Jorge Cardenas<br>2311 Kentucky Ave<br>Paducah, KY 42003-3243 | Eagle Publications<br>2 Eastport Plaza<br>Collinsville, IL 62234-6109 | Edge Systems Corporation<br>2277 Redondo Ave<br>Signall Hill, CA 90755-4017 |
| Edge Systems Corporation<br>2277 Redondo Avenue<br>Signal Hill, CA 90755-4017 | Embarq<br>PO Box 96064<br>Charlotte, NC 28296-0064 | Erasmo Murillo<br>15 Northern Dancer Road<br>Ocala, FL 34482-3551 |
| Erasmo Murillo<br>8250 NW 136th Ave Rd<br>Ocala, FL 34482-1743 | Ethel & Myrtle, Inc.<br>2040 Humble Place Drive<br>Humble, TX 77338-5281 | Excell Fabrics/Prashe<br>13645 Welch Road<br>Dallas, TX 75244-4519 |
| Fed Ex<br>PO Box 94515<br>Palatine, IL 60094-4515 | David B. Ferebee<br>Willis, Ferebee & Hutton<br>P O Box 1796<br>Jacksonville, FL 32201-1796 | First Data Global Leasin<br>PO Box 173845<br>Denver, CO 80217-3845 |
| First Impressions Printi<br>1847 SW 27th Ave<br>Ocala, FL 34471-2037 | Andrew L. Fivecoat<br>Albertelli Law<br>600 Westshore Blvd Suite 400<br>Tampa, FL 33609-1145 | Fleetwood Industries, LL<br>204 Barclay Pavilion W<br>Cherry Hill, NJ 08034-2129 |

Fleetwood Industries, LL
204 Barclay Pavillion W
Cherry Hill, NJ 08034-2129

Florida Department of Re
PO Box 6417
Tallahassee, FL
32314-6417

Florida Express Rockvill
Aquatic Environments
PO Box 5058
Ocala, FL 34478-5058

Florida Medical Reimburs
2303 SE 17th St.
Suite 204
Ocala, FL 34471-9109

Florida Medical Reimburs
Services
2303 SE 17th St
Suite 204
Ocala, FL 34471-9109

Paul W. Franck
c/o J. Ellsworth Summers, Jr.
Rogers Towers, P.A.
1301 Riverplace Boulevard
Suite 1500
Jacksonville, FL 32207-1811

Franck's Compounding Lab, Inc.
c/o J. Ellsworth Summers, Jr.
Rogers Towers, P.A.
1301 Riverplace Boulevard
Suite 1500
Jacksonville, FL 32207-1811

Francks Compounding Lab
202 SW 17th Street
Ocala, FL 34471-8138

Francks Compounding Lab
c/o Timothy Dean, Esq.
230 NE 25th Ave
Ocala, FL 34470-7080

Frank C. Amatea
500 N.E. Eighth Avenue
Ocala, FL 34470-5399

GE Capital
PO Box 740441
Atlanta, GA 30374-0441

GEMB Belk
P.O. Box 981284
El Paso, TX 79998-1284

GEMB/Gap
PO Box 981064
El Paso, TX
79998-1064

GEMB/Lowes
P O BOX 981400
EL PASO , TX 79998-1400

Robert E. Gallagher, Jr.
550 West C Street, Suite 950
San Diego, CA 92101-8569

Gary's Handyman Service
301 Andretta Ln
Paducah, KY 42003-8776

Gateway
PO Box 78489
St. Louis, MO 63178-8489

George Albright
c/o Vanessa Thomas
PO Box 2944
Ocala, FL 34478-2944

Grace Hollis Lowe Hanson
& Schaeffer LLP
3555 Fifth Ave
San Diego, CA 92103-5015

Great American Ins
PO Box 5430
Cincinnati OH 45201-5430

Group Financial Services
PO Box 7966
70 Arrow Rd, Suite 5
Hilton Head, SC 29928-7336

HP Financial Services Co
PO Box 402582
Atlanta, GA
30384-2582

HP Financial Services Co
PO Box 402852
Atlanta, GA
30384-2582

HP Financial Services Co
c/o Lathrop & Gage DC
1300 Eye Street, NW
Suite 1050 East
Washington, DC 20005-3314

HSBC Best Buy
PO Box 5239
Carol Stream, IL
60197-5239

HSBC Business Solutions
PO Box 5239
Carol Stream, IL
60197-5239

HSBN Neiman Marcus
PO Box 5239
Carol Stream, IL
60197-5239

Hanson Medical System In
1954 Howell Branch Rd
Suite 203
Winter Park, FL 32792-1041

Hanson Medical Systems,
1954 Howell Branch Road
Suite 203
Winter Park, FL 32792-1041

Hatmaker & Associates
1156 S US Hwy 1
Vero Beach, FL 32962-5605

| | | |
|---|---|---|
| Health Care Directory<br>6312 Old Hwy 60<br>Paducah, KY 42001 | Healthetech<br>9457 S. University Blvd<br>#345<br>Highlands Ranch CO 80126-4976 | Healthetech c/o Law<br>Offices of Joel Cardis<br>2006 Swede Rd<br>Suite 100<br>Norriton, PA 19401-1787 |
| Heartland Business Credi<br>c/o Christopher W. Ford<br>921 Walnut Street<br>Boulder, CO 80302-5172 | Henry Schein Inc.<br>PO Box 371952<br>Pittsburgh, PA<br>15250-7952 | Higher Power Electric<br>5175 Hendron Rd<br>Paducah, KY 42003-8720 |
| Hills Shred Express<br>PO Box 1718<br>Ocala, FL 34478-1718 | Holland & Knight<br>PO Box 14070<br>Fort Lauderdale, FL<br>33302-4070 | Holland and Knight<br>1 East Broward Blvd Ste 1300<br>Ft Lauderdale Fl 33301-1865 |
| Marsha Holloway<br>PO Box 770955<br>Ocala, FL 34477-0955 | Michael Madison Holloway<br>2139 NE 2nd St<br>Suite B-1<br>Ocala, FL 34470-8264 | Linda Holst<br>PO Box 722708<br>San Diego, CA 92172-2708 |
| Home Depot<br>PO Box 6029<br>The Lakes, NV<br>88901-6029 | Home Depot Credit Servic<br>PO Box 6029<br>The Lakes, NV<br>88901-6029 | Hon. Alice D. Sullivan<br>11512 El Camino Real<br>Suite 370<br>San Diego CA 92130-3025 |
| Hultman Signs<br>PO Box 3294<br>Paducah, KY 42002-3294 | I.C. System, Inc.<br>PO Box 64887<br>St Paul, MN<br>55164-0887 | Idearc Media Corp c/o<br>ARSI<br>555 St. Charles Dr<br>Suite 100<br>Thousand Oaks, CA 91360-3983 |
| Idearc Media Corp.<br>PO Box 619810<br>D/FW Airport, TX<br>75261-9810 | In The News<br>PO Box 30176<br>Tampa, FL 33630-3176 | In The News c/o<br>Transworld Systems, Inc.<br>3450 Lakeside Dr<br>#304<br>Miramar, FL 33027-3268 |
| In the News c/o<br>Credit Management<br>Services<br>9525 Sweet Valley Dr<br>Valley View, OH 44125-4237 | Internal Revenue Service<br>3300 SW 34th Ave<br>Suite 152<br>Ocala, FL 34474-6242 | Intuit Inc.<br>PO Box 513340<br>Los Angeles, CA<br>90051-3340 |
| James F. Leware, Jr.<br>c/o Richard Hennings<br>205 North Joanna Ave<br>Tavares, FL 32778-3217 | James F. Leware, Jr.<br>c/o Richard W. Hennings<br>205 North Joanna Avenue<br>Tavares, FL 32778-3217 | Jerry Lewicki<br>2347 S.E. 17th Street<br>Ocala, Florida 34471-2620 |
| Jerry Lewicki<br>807-B SW 3rd Ave<br>Ocala, FL 34471-0934 | Jerry Lewicki, CPA<br>2347 S.E. 17th Street<br>Ocala, Florida 34471-2620 | Jerry Lewicki, CPA<br>807-B SW 3rd Ave<br>Ocala, FL 34471-0934 |

| | | |
|---|---|---|
| Jim Gall<br>Auction Company of Ameri<br>4141 N.E. 2nd Ave<br>Suite 203 E<br>Miami, FL 33137-3539 | Johnson & Repasky, PLLC<br>535 Wellington Way<br>Suite 380<br>Lexington, KY 40503-1389 | Johnson Bottini LLP<br>655 W. Broadway<br>Suite 1400<br>San Diego, CA 92101-8491 |
| KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>ATTN:LEANNE WARREN<br>PO BOX 5222<br>FRANKFORT, KY 40602-5222 | Kalleo Technologies<br>1640 McCracken Blvd<br>Suite 114<br>Paducah, KY 42001-9019 | Kentucky Dept of Revenue<br>Frankfort, KY 40619-0001 |
| Kentucky State Treasurer<br>100 Fair Oaks 5th Floor<br>Frankfort, KY 40601-1108 | Kronos Pharmacy<br>PO Box 53534<br>Phoenix, AZ<br>85072-3534 | LTD Financial Services<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074-2053 |
| Labratory Corporation of<br>America Holdings<br>PO Box 12140<br>Burlington, NC<br>27216-2140 | Labrix Clinical Services<br>619 Madison St<br>Suite 100<br>Oregon City, OR 97045-2354 | Lake & Sumter Style Maga<br>1007 E Fort King St<br>Suite B<br>Ocala, FL 34471-2315 |
| Lake Printers<br>5488 US Hwy 62<br>Calvert City, KY 42029 | Leo Smith Investigations<br>dba LSI<br>Post Office Box 831341<br>Ocala, FL 34483-1341 | Leware Construction<br>Company of Florida, Inc.<br>925 Thomas Rd<br>Leesburg, FL<br>34748-3628 |
| Leware Construction Comp<br>of Florida, Inc.<br>c/o Richard Hennings<br>205 North Joanna Ave<br>Tavares, FL 32778-3217 | Leware Construction Comp<br>of Florida, Inc.<br>c/o Richard W. Hennings<br>205 North Joanna Ave<br>Tavares, FL 32778-3217 | Jerry Lewicki<br>c/o Robert E. Gallagher<br>550 West C Street, Suite 950<br>San Diego, CA 92101-8569 |
| Lifestyles Solutions Medspa, P.L.<br>c/o Jacob A. Brown, Esq.<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202-3646 | Lifestyles Solutions Medspa, P.L.<br>c/o Jacob A. Brown, Esq.<br>50 N. Laura St., Suite 2500<br>Jacksonville, FL 32202-3646 | Linda Holst<br>906 N Strand<br>Oceanside, CA 92054-1932 |
| Lowe's<br>PO Box 530970<br>Atlanta, GA<br>30353-0970 | MBNA<br>PO Box 15289<br>Wilmington, DE<br>19886-5289 | Macys Department Store<br>3039 Corwallis Rd<br>Durham, NC 27709 |
| Raymond R. Magley<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202-4494 | Marion County Tax Collec<br>PO Box 970<br>Ocala, FL 34478-0970 | Mark D. Shelnutt, P.A.<br>1404 East Silver Springs<br>Ocala, FL 34470-6820 |
| Marlin Leasing<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1727 | Marlin Leasing<br>PO Box 13604<br>Philadelphia, PA<br>19101-3604 | Marsha K. Holloway<br>15 Northern Dancer Dr<br>Ocala, FL 34482-3551 |

Marsha K. Holloway
a/k/a Marsha K. Sielbek
c/o Douglas Kirkland
203 NE 8th Ave
Ocala, FL 34470-6727

Mary Ann's Uniforms
506 S.E. 1st Avenue
Ocala, FL 34471-2156

Mateer & Harbert, P.A.
225 E. Robinson St
#600
Orlando, FL 32801-4325

Mateer & Harbert, P.A.
7 E. Silver Springs Blvd
Suite 500
Ocala, FL 34470-6603

Mazzone Communications
1238 High Street
Paducah, KY 42001-5254

McKesson
601 E. Corporate Dr
Lewisville, TX 75057-6403

McKesson Specialty Distr
PO Box 841838
Dallas, TX 75284-1838

MedFirst Healthcare Supp
902 JanMar Court
Clermont, FL 34715-9291

Medaus Pharmacy
2637 Valleydale Road
Suite 200
Birmingham, AL 35244-2075

Medical Arts Press, Inc.
c/o Kosto & Rotella
PO Box 113
Orlando, FL 32802-0113

Menolascino, LLC
44 Mile Rd
Suffern, NY 10901-3907

Merchant Direct Supplies
334 Cornelia St
Suite 537
Plattsburgh, NY 12901-2329

Metropolitan Life
Insurance Company
PO Box 7250
Johnstown, PA 15907-7250

Michael Madison Holloway
8250 NW 136th Ave Rd
Ocala, FL 34482-1743

Milam Howard Nicandri
Dees & Gillam, P.A.
Attn.: Peter Nicandri
14 East Bay Street
Jacksonville, FL 32202-3413

Michael F Millerick
304 Hawthorn Street
San Diego, CA 92101-2010

Minuteman Press
616 Broadway
Paducah, KY 42001-6868

Mr PC's Computer Repair
1627 E. Silver Springs
Suite A
Ocala, FL 34470-6994

NCO Financial Services
PO Box 15630
Dept 99
Wilmington, DE 19850-5630

NCO Financial Systems
Inc.
PO Box 15630
Dept 23
Wilmington, DE 19850-5630

NEC Financial Services,
300 Frank W. Burr Blvd
7th Floor
Teaneck, NJ 07666-6703

Nationwide Credit, Inc.
PO Box 740640
Atlanta, GA 30374-0640

Troy Nelson
David B. Ferebee, P.A.
P.O. Box 1796
Jacksonville, FL 32201-1796

OMP, Inc.
c/o Jaconson Sobo &
Moselle
PO Box 19359
Plantation, FL 33318-0359

Obagi Medical Products
PO Box 513146
Los Angeles, CA
90051-1146

Ocala Marion County Cham
of Commerce
110 East Silver Springs
Ocala, FL 34470-6613

Ocala Publications
1007 E. Fort King St
Suite B
Ocala, FL 34471-2315

Ocala Star Banner
PO Box 915009
Orlando, FL 32891-5009

Office Depot
PO Box 9020
Des Moines, IA
50368-9020

Office Depot Credit Plan
PO Box 689020
Des Moines, IA
50368-9020

| | | |
|---|---|---|
| Office Max<br>PO Box 5239<br>Carol Stream, IL<br>60197-5239 | Owen Cleaners<br>2858 Lone Oak Rd<br>Paducah, KY 42003-8028 | Paducah Chamber of Comme<br>PO Box 810<br>Paducah, KY 42002-0810 |
| Paducah Power<br>PO Box 180<br>Paducah, KY 42002-0180 | Paducah Water<br>PO Box 2477<br>Paducah, KY 42002-2477 | Pak International Inc.<br>1013 S. Los Angeles St<br>#500<br>Los Angeles, CA 90015-1794 |
| Palomar Medical Techolog<br>82 Cambridge Street<br>Burlington, MA 01803-4147 | Paul W. Franck<br>202 SW 17th Street<br>Ocala, FL 34471-8138 | Paul W. Franck<br>c/o Sarah Crass, Esq.<br>1301 Riverplace Blvd<br>Suite 1500<br>Jacksonville, FL 32207-9000 |
| Paul W. Franck<br>c/o Timothy Dean, Esq.<br>230 NE 25th Ave<br>Ocala, FL 34470-7080 | Paul W. Franck and Ronde Buckman<br>c/o J. Ellsworth Summers, Jr., Esq.<br>Rogers Towers, P.A.<br>1301 Riverplace Boulevard, Suite 1500<br>Jacksonville, Florida 32207-1811 | Paul W. Franck and Sid Clevinger<br>c/o J. Ellsworth Summers, Jr., Esq.<br>Rogers Towers, P.A.<br>1301 Riverplace Boulevard, Suite 1500<br>Jacksonville, Florida 32207-1811 |
| Pitney Bowes Postage By<br>PO Box 856042<br>Louisville, KY<br>40285-6042 | Premier International<br>PO Box 770955<br>Ocala, FL 34477-0955 | Purchase Orthopaedic Ass<br>2605 KY Ave<br>Suite 103<br>Paducah, KY 42003-3800 |
| Purity Medical Products<br>PO Box 940<br>Placentia, CA 92871-0940 | Purvis Gray & Company<br>2347 SE 17th Street<br>Ocala, FL 34471-2620 | Quest Diagnostics<br>PO Box 14730<br>St Louis, MO 63150-0001 |
| Quest Diagnostics<br>PO Box 530458<br>Atlanta, GA 30353-0458 | Quill<br>PO Box 94081<br>Palatine, IL 60094-4081 | R.H. Donnelly<br>8400 Innovation Way<br>Chicago, IL<br>60682-0084 |
| Radiology Group of Paduc<br>PSC WB<br>PO Box 139<br>Evansville, IN 47701-0139 | Randall & Richards, Inc.<br>5151 East Broadway Blvd<br>Suite 800<br>Tucson, AZ 85711-3775 | Ray the Locksmith, Inc.<br>25 NE 8th Avenue<br>Ocala, FL 34470-6731 |
| Recovery Management Systems Corporation<br>Attn Ramesh Singh<br>25 SE 2nd Ave Ste 1120<br>Miami, Fl 33131-1605 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM'S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 | Regal Finance, Inc.<br>12777 E Independence<br>Suite A<br>Matthews, NC<br>28105-4109 |
| Richard Moeller<br>Revenue Officer<br>3300 SW 34th Ave<br>Suite 152<br>Ocala, FL 34474-6242 | Richs Dept Store<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Ronde Buckman<br>c/o Sarah Crass, Esq.<br>1301 Riverplace Blvd<br>Suite 1500<br>Jacksonville, FL 32207-9000 |

Ronde Buckman
c/o Timothy Dean, Esq.
230 NE 25th Avenue
Suite 100
Ocala, FL 34470-9009

Royal Bank America Leasi
550 Township Line Road
Suite 425
Blue Bell, PA 19422-2734

SECO
PO Box 301
Sumterville, FL 33585-0301

Scott M. Leware
c/o Richard W. Hennings
205 North Joanna Ave
Tavares, FL 32778-3217

Sid Clevinger
1911 SW 76th Lane
Ocala, FL 34476-2702

Signature Pharmacy, Inc.
c/o Amy S. Tingley, Esq
200 South Orange Ave
Suite 1220
Orlando, FL 32801-3439

Spectracell Laboratories
10401 Town Park Drive
Houston, TX 77072-5219

Standard Coffee Service
PO Box 928
Dyersburg, TN 38025-0928

State of Florida
Department of Revenue
5050 West Tennessee St
Tallahassee, FL 32399-0100

Stuart Allen & Assoc.
5447 E 5th St
Suite 110
Tucson, AZ
85711-2345

Bruce A. Rosendahl
c/o Betsy C. Cox, Atty
Rogers Towers, P.A.
1301 Riverplace Blvd., Suite 1500
Jacksonville, FL 32207-1811

Rufus & Betsy Holloway
1616 Lake Shore Dr
Orlando, FL 32803-1307

Sam's Club
PO Box 530970
Atlanta, GA 30353-0970

Shell Credit Card Center
PO Box 9081
Des Moines, IA
50368-9081

Sid Clevinger
2415 SE 17th St
Ocala, FL 34471-2618

South Verizon Wireless
404 Brock Dr
Bloomington, IL 61701-2654

St. Paul Travelers
CL & Specialty
Remittance Center
Hartford, CT 06183-1008

Staples
PO Box 689020
Des Moines, IA
50368-9020

Stericycle
PO Box 9001588
Louisville, KY
40290-1588

Sue Costello
5500 Bent Grass Dr #105
Sarasota, FL 34235-2671

Sandra K Rosendahl
c/o Michael F. Millerick
304 Hawthorn Street
San Diego, CA 92101-2010

Rufus Holloway Irrevocab
Life Insurance Trust c/o
Stephen Foreman, Trustee
2211 Lee Rd Ste 100
Winter Park, FL 32789-1849

Sarasota County Tax Coll
101 S. Washington Blvd
Sarasota, FL 34236-6993

Shell Fleet
PO Box 183019
Columbus, OH
43218-3019

Sid Clevinger
c/o Timothy Dean, Esq.
230 NE 25th Ave
Ocala, FL 34470-7080

Special Publications, In
c/o Charles Ruse, Jr.
500 NE 8th Ave
Ocala, FL 34470-5345

Standard Coffee Service
640 Magazine Street
New Orleans, LA
70130-3406

Staples Credit Plan
PO Box 689020
Des Moines, IA
50368-9020

Stericycle, Inc.
PO Box 9001590
Louisville, KY
40290-1590

J. Ellsworth Summers Jr.
Rogers Towers, P.A.
1301 Riverplace Blvd. Suite 1500
Jacksonville, FL 32207-1811

| | | |
|---|---|---|
| Sybaritic, Inc.<br>9220 James Avenue South<br>Bloomington, MN 55431-2302 | Syndicated Equine Enterprises<br>PO Box 770955<br>Ocala, FL 34477-0955 | Tea Forte<br>23 Bradford Street<br>Concord, MA 01742-2971 |
| The Betty Mills Company<br>2121 S. El Camino Real<br>Suite D-100<br>San Mateo, CA 94403-1848 | The Case Trust (An Ohio<br>Daniel L. Case, Trustee<br>13243 N.W. 82nd St. Rd.<br>Ocala, FL 34482-1728 | The Day Spa Association<br>310 17th Street<br>Union City, NJ 07087-4310 |
| The Paducah Sun<br>408 Kentucku Ave<br>Paducah, KY 42003-1567 | The Paducah Sun<br>408 Kentucky Ave<br>PO Box 2300<br>Paducah, KY 42002-2300 | The Villages Daily Sun<br>1100 Main St<br>The Villages, FL 32159-7719 |
| The Villages Operating C<br>1400 US Hwy 441 North<br>Suite 500<br>The Villages, FL 32159-8983 | Tractor Supply Credit Pl<br>Processing Center<br>Des Moines, IA<br>50368-9182 | Travelers Service Center<br>PO Box 1564<br>Elmira, NY 14902-1564 |
| Troy M. Nelson<br>224 Berger Rd<br>Paducah, KY 42003-4522 | Troy M. Nelson<br>2603 Kentucky Ave<br>#303<br>Paducah, KY 42003-3829 | Troy M. Nelson<br>632 Loan Oak Rd<br>Paducah, KY 42003-4540 |
| UPS<br>PO Box 7247-0244<br>Philadelphia, PA<br>19170-0001 | UPS c/o NCO Financial<br>Systems Inc.<br>4740 Baxter Rd<br>Virginia Beach, VA 23462-4484 | US Express Leasing Inc.<br>Dept #1608<br>Denver, CO 80291-1608 |
| US Express Leasing, Inc.<br>c/o William C. Cary<br>10 Waterview Blvd<br>Parsippany, NJ 07054-1286 | Ultronics<br>235 Ascot Parkway<br>Cuyhoga Falls, OH<br>44223-3701 | Uniform Headquarters<br>232 Lone Oak Rd<br>Paducah, KY 42001-4444 |
| United Collection Bureau<br>5620 Southwyck Blvd<br>Suite 206<br>Toledo, OH 43614-1501 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - JAX7 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 |
| Universal Companies, Inc<br>18260 Oak Park Drive<br>Abingdon, VA 24210-8090 | Steven M. Vanderwilt, CPA<br>9940 Hood Road<br>Jacksonville, FL 32257-1134 | Vanguard Leasing<br>3325 Street Road<br>Greenwood Sq Bldg 4<br>Suite 125<br>Bensalem, PA 19020-2056 |
| Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | Victor Reyes<br>2311 Kentucky Ave<br>Paducah, KY 42003-3243 | Viking Office Products<br>2200 Old Germantown Road<br>Delray Beach, FL 33445-8223 |

| | | |
|---|---|---|
| Village Magazine<br>PO Box 490866<br>Leesburg, FL<br>34749-0866 | Vision Marketing Group<br>Linda Holst<br>PO Box 722708<br>San Diego, CA 92172-2708 | WFNNB/Express<br>PO Box 337003<br>Northglenn, CO<br>80233-7003 |
| WVLG AM 640<br>1161 Main Street<br>The Villages, FL 32159-7721 | Wachovia Business Lease<br>PO Box 41601<br>Philadelphia, PA<br>19101-1601 | Wachovia Financial Services<br>1111 Old Eagle School Road<br>Wayne, PA 19087-1453 |
| (p)WACHOVIA BANK NA<br>PO BOX 13765<br>ROANOKE VA 24037-3765 | Webb's Pest Control<br>528 Reid Rd<br>Kevil, KY 42053-8855 | Wells Fargo Financial<br>Bank<br>PO Box 98751<br>Las Vegas, NV 89193-8751 |
| West Asset Management<br>PO Box 105812<br>Atlanta, GA 30348-5812 | White Directory Publishe<br>PO Box 5168<br>Buffalo, NY 14240-5168 | William Provost<br>322 Bahia Circle<br>Ocala, FL 34472-2235 |
| William and Virginia Tub<br>3565 SW 181st Ct<br>Dunnellon, FL 34432-1835 | Wine Design<br>4901 Morena Blvd<br>#307<br>San Diego, CA 92117-3395 | Worldwide Express<br>WWE Jacksonville<br>PO Box 501486<br>Indianpolis, IN 46250-6486 |
| Xymogen<br>725 South Kirkman Road<br>Orlando, FL 32811-2011 | ZRT<br>8605 SW Creekside Pl<br>Beaverton, OR 97008-7161 | ZRT Laboratory<br>1815 SW 169th Place<br>Suite 5050<br>Beaverton, OR 97006-8123 |
| ZRT Laboratory<br>8605 SW CreekSide Pl<br>Beaverton, OR 97008-7161 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department of the Treasu<br>Internal Revenue Service<br>ACS Support<br>PO Box 57<br>Bensalem, PA 19020-8514 | Discover Card<br>PO Box 15251<br>Wilmington, DE 19886-525 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Wachovia Mortgage Corp.<br>PO Box 90001<br>Raleigh, NC 27675-9000 | (d)Wachovia Mortgage Corporation<br>Servicing and Operations<br>NC4717<br>1100 Corporate Center Drive<br>Raleigh, NC 27607-5066 | (d)Wachovia/FTU<br>P.O. Box 563966<br>Charlotte, NC<br>28256-3966 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Gregory K. Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

(d)Document Technologies of
124 S. Magnolia Avenue
Ocala, FL 34471-1154

(d)First Impressions Printi
1847 SW 27th Ave
Ocala, FL 34471-2037

(d)First Impressions Printi
1847 SW 27th Avenue
Ocala, FL 34471-2037

(d)Fleetwood Industries, LL
204 Barclay Pavillion W
Cherry Hill, NJ 08034-2129

(d)Florida Medical Reimburs
2303 SE 17th Street
Suite 204
Ocala, FL 34471-9109

(u)Jerry A. Funk
Jacksonville
300

(d)Group Financial Services
PO Box 7966
70 Arrow Rd, Suite 5
Hilton Head, SC 29928-7336

(u)Rufus M. Holloway

(d)Home Depot Credit Servic
PO Box 6029
The Lakes, NV 88901-6029

(d)Labrix Clinical Services
619 Madison St.
Suite 100
Oregon City, OR 97045-2354

(d)Linda Holst
P.O. Box 722708
San Diego, CA 92172-2708

(d)Raymond R. Magley
Smith Hulsey and Busey
225 Water Street Suite 1800
Jacksonville, FL 32202-4494

(d)Marsha Holloway
pob 770955
Ocala, FL 34477-0955

(d)Paul W. Franck
202 SW 17th Street
Ocala, FL 34471-8138

(u)Sandra K. Rosendahl

(d)Scott M. Leware
c/o Richard W. Hennings
205 North Joanna Avenue
Tavares, FL 32778-3217

(d)The City of Paducah
PO Box 2697
Paducah, KY
42002-2697

(u)Wachovia Mortgage Corporation

(d)William Provost
322 Bahia Circle
Ocala, FL 34472-2235

(d)Xenia Brown
17 Pecan Run Radial
Ocala, FL 34472-6027

End of Label Matrix
Mailable recipients   348
Bypassed recipients    21
Total                 369